

## SEALED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:08CV73** |
| vs. | | |
| MARK TRACY, | | **ORDER** |
| Defendant. | | |

The government has moved to temporarily seal the above-captioned case for the limited purpose of obtaining a Writ of Garnishment. The case has been on the court's public docket for over ten years. The undersigned magistrate judge is unaware of any law supporting sealing a case from public view merely because a party intends to initiate collection proceedings, and the government has not filed a brief in support of its motion to seal.

Accordingly,

IT IS ORDERED:

1)      The government's motion to seal, (Filing No. 8), is denied without prejudice to re-filing with a brief (and if necessary, evidence) explaining why a motion to seal should be granted.

2)      This order shall be filed under seal, with a copy emailed to counsel for the government.

May 31, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

2