IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK TRACY,<br><br>    Defendant. | **8:08CV73**<br><br>**ORDER** |

  IT IS ORDERED that the government's motion, (Filing No. 11), is granted as follows:

  1) The Clerk shall seal this case.

  2) The United States is permitted to serve the Application, Writ, and related instructions on the garnishee in accordance with the notice provisions of 28 U.S.C. §§ 3004(c), and 3205(c)(3).

  3) After making service, the United States shall file a motion to lift the seal on this case, and upon lifting the seal, the United States will serve the defendant in accordance with the notice provisions of 28 U.S.C. §§ 3004(c), 3202(c), and 3205(c)(3) and file a certificate of service as required under 28 U.S.C. § 3205(c)(3).

  4) The clerk shall set a case management deadline of August 17, 2018 to check on the status of this case.

July 3, 2018.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge